**U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

**NOTICE OF REMOVED DOCUMENT**

This document was ordered to be removed from the docket.

JAMES R. STARR
Clerk

USDCNH-95 (6-04)