UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Union Mutual Fire Insurance Company

v.  Case No. 05-cv-170-JD

Hamilton Beach/Proctor-Silex, Inc.

ORDER

Effective October 1, 2005, Electronic Filing became mandatory in all cases in this district. After being admitted to appear pro hac vice on August 3, 2006, Attorneys Timothy L. Mullin and Steven J. Kelly were notified that their admission was contingent on registering for ECF within 10 days. On August 17, 2006, the clerk's office made a courtesy telephone call to each attorney's office to inform them that their ECF registration was past due and to request that they immediately register for ECF. As of this date, neither attorney has registered for ECF.

Both Attorney Mullin and Kelly shall each register for ECF on or before September 14, 2006. The failure to register for ECF within this time frame will result in the court immediately revoking the recalcitrant attorney's pro hac admission status and removing him as counsel of record in the case without further order of the court.

SO ORDERED.

Date: September 7, 2006

/s/Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
District Judge

cc: Counsel of Record