## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNION MUTUAL FIRE INSURANCE COMPANY a/s/o Paul & Josephine Brown | * | |
| | * | Civil Case No.: 1:05-cv-00170-JD |
| Plaintiff, | * | |
| v. | | |
| HAMILTON BEACH/PROCTOR-SILEX, INC. | * | |
| Defendant. | * | Jury Trial Demanded |

### ORDER

IT IS HEREBY ORDERED, that plaintiff has until December 15, 2006 to file any response that it intends to file to defendant's Motion for Summary Judgment and defendant's Daubert Motion.

SO ORDERED:

/s/Joseph A. DiClerico, Jr.
United States District Judge